# Frank Thomas, Appellee, v. L. P. Larson, Jr. Company, Appellant.

## Gen. No. 22,307.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. J. J. COOKE, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed. Opinion filed October 10, 1917.

## Statement of the Case.

Action by Frank Thomas, plaintiff, against L. P. Larson, Jr. Company, defendant, to recover damages for breach of a contract of employment. From a judgment for plaintiff for $410, defendant appeals.

WILLIAM A. JENNINGS, for appellant.

DEFREES, BUCKINGHAM & EATON and LEWIS, McKAY & BOWN, for appellee; RICHARD GATES HOFFMAN and DON KENNETH JONES, of counsel.

MR. JUSTICE TAYLOR delivered the opinion of the court.

## Abstract of the Decision.

1. MASTER AND SERVANT, § 84*—*when evidence shows contract of employment for one year.* In an action by a servant against his master for breach of a contract of employment, evidence *held* sufficient to show a contract of employment for one year.

2. MASTER AND SERVANT, § 84*—*when evidence shows waiver of furnishing of list of customers as prerequisite to employment.* In an action by a servant against his master for breach of a contract of employment, evidence *held* sufficient to show that the furnishing of a list of customers by plaintiff as a prerequisite to employment was waived.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.